UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASHINGTON ELECTION INTEGRITY COALITION UNITED et al., <br><br>Plaintiffs,<br>v.<br><br>ANDERSON et al.,<br><br>Defendants. | CASE NO. 3:21-cv-05726-LK <br><br> ORDER REQUESTING SUPPLEMENTAL BRIEFING RE REMAND |

The parties are directed to review *Scott v. Polo v. Innovations Int'l. Inc.*, 833 F.3d 1193 (9th Cir. 2016) and *Britton v. Cnty. of Santa Cruz*, No. 19-CV-04263-LHK, 2020 WL 4197609 (N.D. Cal. July 22, 2020), and are ordered to file supplemental briefs of up to three pages each addressing whether the parties will stipulate to remand of this matter. The briefs must be filed no later than August 15, 2022.

Dated this 8th day of August, 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER REQUESTING SUPPLEMENTAL BRIEFING RE REMAND - 1